UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY ACKERMAN, et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:11CV687RWS |
| v. | ) |
| GLOBAL VEHICLES U.S.A., INC., et al., | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED that** a hearing on the Motion to Withdraw [#81] filed by Defendant's counsel is set for **Friday, April 20, 2012 at 9:00 a.m.** in Courtroom 10-South. Defendant's counsel and a representative of Defendant Global Vehicles U.S.A., Inc. are required to attend this hearing in person.  Defendant's counsel shall notify Defendant of this hearing and the Clerk of Court shall mail a copy of this order to Defendant at the address provided by its counsel in the motion to withdraw.

**IT IS FURTHER ORDERED that** the deadline for the parties to file a Joint Scheduling Plan by April 13, 2012 and the Rule 16 Conference set for April 20, 2012 is **VACATED.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of April, 2012.