UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY ACKERMAN, an individual, on behalf of itself and all others similarly situated,<br><br>and<br><br>AUTOMOTIVE LEASING CORPORATION, a Missouri Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL VEHICLES U.S.A., INC., a Nevada corporation,<br><br>and<br><br>MAHINDRA & MAHINDRA, LTD., an Indian corporation,<br><br>Defendants. | Case No. 4:11-cv-00687RWS<br><br>So Ordered<br><br>[signature]<br>7/10/12 |

### PLAINTIFFS' DISMISSAL MEMORANDUM

COME NOW Plaintiffs, Jerry Ackerman and Automotive Leasing Corporation, by and through counsel, and with leave of this Court, file Plaintiffs' Dismissal Memorandum for the following reasons:

1

1. Plaintiffs have filed a similar case against Defendants Mahindra & Mahindra, Ltd. and Global Vehicles U.S.A., Inc. in the Federal District Court for the Northern District of Georgia, Case No. 1:12-cv-2048-AT.

2. Accordingly, it would be inappropriate and a waste of legal and judicial resources for Plaintiffs to maintain virtually identical claims against Defendant Global Vehicles U.S.A., Inc. in two separate forums.

3. No party will suffer any prejudice as a result of the dismissal of Plaintiffs' claims against Defendant Global Vehicles U.S.A., Inc. in this case.

WHEREFORE, Plaintiffs Jerry Ackerman and Automotive Leasing Corporation file Plaintiffs' Dismissal Memorandum seeking dismissal of their remaining claims against Defendant Global Vehicles U.S.A., Inc. without prejudice. Costs to be assessed against Plaintiffs.

Respectfully submitted,

JOHN E. TOMA, LLC

By: _/s/ John E. Toma_
JOHN E. TOMA, JR., #37770MO
Two North Meramec Avenue
St. Louis, Missouri 63105
Phone:(314) 361-1600
Fax:(314) 361-1612
jtoma@tomazensen.com
*Attorneys for Plaintiffs*


ZENSEN LAW FIRM, LLC

By: _/s/ Melissa M. Zensen_
MELISSA M. ZENSEN, #44534MO
Two North Meramec Avenue
St. Louis, Missouri 63105
Phone:(314) 266-7426
Fax:(314) 266-7426
mzensen@zensenlaw.com
*Attorneys for Plaintiffs*

KERSHAW, CUTTER & RATINOFF LLP

By: _/s/ Stuart C. Talley_
STUART C. TALLEY, CA Bar No. 180374
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: stalley@kcrlegal.com
*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served via the Court's electronic noticing system this 10th day of July, 2012, upon:

S. Daniel Ponce
Todd R. Legon
Legon Ponce & Fodiman, PA
1111 Brickell Avenue, Suite 2150
Miami, FL 33131

Dwight L. Davis
Shelby S. Guilbert
Sarah E. Statz
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Russell K. Scott
Greensfelder, Hemker & Gale, P.C.
12 Wolf Creek Drive, Suite 100
Belleville, IL 62226

                                                  /s/ John E. Toma